# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLIFFORD WAYNE MILLER,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL MINEV, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-00040-MMD-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendants **Kerry McCullah, John Scott,** and **Portia Hutchinson.** (ECF No. 12.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 13.)

The Clerk shall ISSUE summonses for **Kerry McCullah, John Scott,** and **Portia Hutchinson** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 13.) The Clerk shall also SEND sufficient copies of the First Amended Complaint, (ECF No. 6), the screening order, (ECF No. 7), and this order to the U.S. Marshal for service on Defendants Kerry McCullah, John Scott, and Portia Hutchinson. The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

Plaintiff is reminded that **February 13, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: December 7, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE