# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLIFFORD WAYNE MILLER,

    Plaintiff

v.

MICHAEL MINEV, et al.,

    Defendants

Case No.: 3:23-cv-00040-CSD

**Order**

Re: ECF No.54

Plaintiff filed a notice with the court indicating that even though he paid the $350 filing fee, NDOC took funds ($100) from his inmate account for the filing fee. (ECF No. 54.) The court ordered Defendants to file a response to this notice. (ECF No. 55.) Defendants filed a response. (ECF Nos. 56, 56-1.) According to Defendants, when NDOC was notified that Plaintiff's filing fee was repaid, he was refunded the $100 that had been deducted from his account for the filing fee.

Insofar as Plaintiff requests that the court order NDOC to return the $100 to his inmate banking account, his request at ECF No. 54 is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: December 4, 2024

                                                     Craig S. Denney
                                                     United States Magistrate Judge